UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHRISTOPHER DANIEL GAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No.:   1:21-CV-35-TAV-SKL |
| ) | |
| SCOTT COUNTY IOWA ) | |
| DISTRICT COURT, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** to transfer this action to the United States District Court for the Southern District of Iowa at Davenport and to close this Court's file.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

   s/ John L. Medearis
    CLERK OF COURT